# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| KATHLEEN SMITH, | § |
| *Plaintiff*, | § |
| v. | §   CIVIL ACTION NO. 2:19-CV-00011-JRG |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | § |
| *Defendant*. | § |

## ORDER

Before the Court is Joint Stipulation of Dismissal with Prejudice ("the Stipulation") filed by Plaintiff Kathleen Smith and Defendant BOE Life Insurance Company of North America (collectively, "the Parties"). (Dkt. No. 23). In the Stipulation, the Parties represent that all disputes in Case No. 2:19-cv-11-JRG have been settled, and ask the Court to enter an order of dismissal requiring that each party bear its own costs, expenses, and attorneys' fees.

In view of the Stipulation, the Court **ORDERS** that all claims asserted by the Parties in Case No. 2:19-cv-11-JRG are **DISMISSED WITH PREJUDICE**. Each Party shall bear its own costs, expenses, and attorneys' fees. All pending requests for relief are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** Case No. 2:19-cv-11-JRG.

**So ORDERED and SIGNED this 10th day of June, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE